# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IOLA "FELICIA" JOHNSON,

      Plaintiff,

                               Case No.: 3:24-cv-1260-BJD-PDB

v.

JETRO RESTAURANT DEPOT, LLC,
d/b/a RESTAURANT DEPOT, LLC,

      Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. 18; Notice) filed by Plaintiff on June 9, 2025. In the Notice, Plaintiff advises the Court that she is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 24th day of June,

2025.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*